UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAYTHEON TECHNOLOGIES CORPORATION PENSION ADMINISTRATION AND INVESTMENT COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL INVESTORS U.S. LLC,<br><br>Defendant. | Case No. 21 Civ. 3116 (KPF) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

WHEREAS, Plaintiff Raytheon Technologies Corporation Pension Administration and Investment Committee ("Plaintiff") and Defendant Allianz Global Investors U.S. LLC have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action"); and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), the Action and all claims asserted therein shall be, and hereby are, dismissed with prejudice, with each party to bear its own costs.

Dated: February 28, 2022
New York, New York

Sean W. Gallagher
Abby M. Mollen
Mark S. Ouweleen
Nicolas L. Martinez
Dawson K. Robinson
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400

Daniel Z. Goldman
PETRILLO KLEIN & BOXER LLP
655 Third Avenue, 22nd Floor
New York, NY 10017
Telephone: (212) 370-0330

*Counsel for Plaintiff Raytheon Technologies Corporation Pension Administration and Investment Committee*

Robert J. Giuffra, Jr.
Stephanie G. Wheeler
Kathleen S. McArthur
Ann-Elizabeth Ostrager
Jacob M. Croke
Hilary M. Williams
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004-2468
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendant Allianz Global Investors U.S. LLC*

Robert A. Skinner
Amy D. Roy
Mary Elizabeth Brust
William T. Davison
Cole A. Goodman
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000

2

Facsimile: (617) 951-7050

*Co-Counsel for Defendant Allianz Global Investors U.S. LLC*